# UNITED STATES DISTRICT COURT
## for the SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON WALDEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:11-cv-388-JMS-DKL |
| | ) |
| LINC SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### on
### Defendant's *Motion to Dismiss etc.* [dkt. 26]

No objections having been filed thereto, the Magistrate Judge's Report and Recommendation [dkt. 34] on *Defendant Linc System's* [*sic*] *Motion to Dismiss or, Alternatively, to Bar Plaintiff from Presenting Evidence and Require Plaintiff to Pay Defendant's Attorneys' Fees and Costs* [dkt. 26], is adopted as the decision and Entry of the Court. Defendant's motion is **DENIED**.

**SO ORDERED.**

Date: 08/31/2012

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* e-mail.

Copy by U.S. Mail to:
Jason Walden
2914 Mussman Drive
Indianapolisk, Indiana 46222